**SO ORDERED.**

**SIGNED this 04 day of March, 2011.**



_____
JAMES P. SMITH
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISIONS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Blue Willow Inn Restaurant, Inc., et al | ) | Case Nos. 10-31267, 10-31269, |
| | ) | 10-31270, and 10-31266 |
| | ) | |
| Debtors. | ) | (Jointly Administered |
| | ) | Under Case No. 10-31267) |

### CONSENT ORDER ON
### MOTION OF SYSCO ATLANTA, LLC FOR
### ADMINISTRATIVE EXPENSE UNDER 11 U.S.C. §503(b)(9)

This matter came before the Court on February 23, 2011 on the Motion of Sysco Atlanta, LLC ("Sysco") for allowance and payment of an administrative expense claim of $11,151.59 pursuant to 11 U.S.C. §503(b)(9) against Debtor Blue Willow Inn Restaurant, Inc. The Court has read the motion and the objection thereto. Both parties were represented by counsel. As represented on the record, the parties consent and agree that Sysco shall be allowed an administrative expense claim under §503(b)(9) in the amount of $11,151.59 in the Blue Willow Inn Restaurant, Inc. case. This claim shall be paid pursuant to 11 U.S.C. §1129(a)(9) in the Blue

Willow Inn Restaurant, Inc. case; it is hereby

**ORDERED**

(1) that Sysco is allowed an administrative claim under §503(b)(9) in the amount of $11,151.59 in Case No. 10-31267; and

(2) that such claim shall be paid pursuant to §1129(a)(9) by the estate of Case No. 10-31267, Blue Willow Inn Restaurant, Inc.

[END OF DOCUMENT]


Prepared and Presented by:

__/s/ Martha A. Miller__
Martha A. Miller
Georgia Bar No. 507950
Attorney for Debtors-in-Possession
2415 International Tower
229 Peachtree Street, NE
Atlanta, Georgia 30303
(404) 607-9008
mmiller@rbhs-llp.com


Consented to:

__/s/ Zachary D. Wilson__ (Signed with express permission by Martha A. Miller)
Zachary D. Wilson
Georgia Bar No. 460794
Arnall Golden Gregory, LLP
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30361

PARTIES TO BE SERVED:

Elizabeth A. Hardy, Esq.
Assistant United States Trustee
Office of the United States Trustee
440 Martin Luther King, Jr. Blvd.
Suite 302
Macon, Georgia 31201

Zachary D. Wilson
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363

Martha A. Miller
Georgia Bar No. 507950
Attorney for Debtors-in-Possession
2415 International Tower
229 Peachtree Street, NE
Atlanta, Georgia 30303