# United States Bankruptcy Court

## Middle District of Georgia

Date: 3/18/11

In re:

   Blue Willow Inn Restaurant, Inc.
   Post Office Box 465
   Social Circle, GA 30025

Debtor(s)

Case No. 10−31267 jps

Chapter 11

Re: Application to Employ King Industrial Realty

Dear Ms. Miller,

Please upload a proposed order regarding the above−referenced application.

Janice Thiel
478−749−6831

Deputy Clerk
United States Bankruptcy Court