# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISIONS

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| Blue Willow Inn Restaurant, Inc., et al., ) | |
| ) | Case Nos. 10-31267, 10-31269, 10-31270 |
| Debtors ) | and 10-31266 |
| ) | |
| ) | (Jointly Administered Under |
| ) | Case No. <u>10-31267</u>) |
| _____ ) | |

## CERTIFICATE OF SERVICE

This is to certify that on March 29, 2011, I caused to be served a true and correct copy of the **FINAL ORDER ON MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND PROVIDING ADEQUATE PROTECTION**, by depositing the same in the United States Mail with sufficient postage affixed thereon to ensure delivery to the parties listed on the attached Service List:

Dated: March 29, 2011.

/s/ Gwendolyn J. Godfrey
E. Penn Nicholson (Georgia Bar No. 543400)
penn.nicholson@bryancave.com
Gwendolyn J. Godfrey (Georgia Bar No. 153004)
gwendolyn.godfrey@bryancave.com

BRYAN CAVE LLP
One Atlantic Center, 14th Floor
1201 West Peachtree Street
Atlanta, Georgia 30309-3488
(404) 572-6600 Telephone
(404) 472-6999 Facsimile

Counsel for Wells Fargo Bank, N.A.

# SERVICE LIST

Blue Willow Village, Inc.
c/o Patsy R. Joiner, Registered Agent
294 North Cherokee Road
Social Circle, GA  30025

Blue Willow Inn Gift Shop, Inc.
c/o Patsy R. Joiner, Registered Agent
294 North Cherokee Road
Social Circle, GA  30025

Blue Willow Inn Restaurant, Inc.
c/o Patsy R. Joiner, Registered Agent
294 North Cherokee Road
Social Circle, GA  30025

Martha A. Miller
Martha A. Miller, P.C.
2415 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303-1601

Recovery Management Systems Corporation
c/o Norma Eliot, Registered Agent
400 South Dadeland Boulevard
Suite 605
Miami, FL 33156 US

Advanced Disposal Services
c/o Geoffrey S. Gavett, Registered Agent
Suite 180
15850 Crabbs Branch Way
Rockville, MD 20855

Allen-Smith Consulting
c/o Debra B. Smith, Registered Agent
405 Nunnally Farm Road
Monroe, GA  30655

Do Over Consignment
c/o Kathleen Miller, Owner
304 Village Circle
Social Circle, GA 30025

Georgia Cities Foundation
c/o Jim Higdon, Registered Agent
201 Pryor Street
Atlanta, GA 30303

Brandy V. Clark
2150 Old Madison Hwy
Monroe, GA 30655-7661

Business Card
c/o Corporate Officer
Post Office Box 15710
Wilmington, DE 19886-5710

Charles E. Shy
343 Cherry Street
Social Circle, GA 30025-6901

Cherilyn Brodnax
819 Rosewood Lane
Monroe, GA 30656-7031

Christopher D. Green
PO Box 883
Social Circle, GA 30025-0883

Citibank South Dakota NA
c/o Corporate Officer
4740 12th Street
Urbandale, IA 50323-2402

Citibank South Dakota NA
c/o Ken Stork, President
701 East 60th Street N
Sioux Falls, SD 57104

Citibank
c/o Vikram Pandit, CEO
399 Park Avenue
New York, NY  10022

Commercial Appliance Parts and Service, Inc.
c/o Tina Reese, Registered Agent
8416 Laurel Fair Circle
Suite 114
Tampa, FL  33610

Georgia Department of Community Affairs
c/o Mike Beatty, Commissioner
60 Executive Park South
Atlanta, GA  30329

Consolidated Copiers Service, Inc.
c/o Corporate Officer
303 Parker Road
Suite G
Conyers, GA 30094-5984

Georgia Department of Community Affairs
c/o Frank Turner, Jr., Chairman
Greer, Stansfield & Turner
1118 Conyers Street Southwest
Covington, GA  30014

Cozzini Brothers
c/o Norton N. Gold, Registered Agent
55 East Monroe Street
Chicago, IL  60603

Georgia Department of Community Affairs
c/o Mike Beatty, Commissioner
60 Executive Park South
Atlanta, GA  30329

Dana M. Chaney
80 Hollingsworth Road
Covington, GA 30016-5034

Georgia Department of Community Affairs
c/o Frank Turner, Jr., Chairman
Greer, Stansfield & Turner
1118 Conyers Street Southwest
Covington, GA  30014

David Malcom
2675 Hester Town Road
Monroe, GA 30655-7632

Lou's Soda Fountain & Grille
c/o Patsy R. Joiner, Registered Agent
294 North Cherokee Road
Social Circle, GA  30025

Desmenia Papathopulos
3100 Davis Academy Road
Rutledge, GA 30663-2769

Office of U S Trustee
c/o Robert G. Fenimore
Elizabeth A. Hardy
440 Martin Luther King Jr Blvd
Suite 302
Macon, GA 31201-7987

Devaris R. Pitts
PO Box 511
Social Circle, GA 30025-0511

One Georgia Authority
c/o Ms. Nancy Cobb, Executive Director
1202-B Hillcrest Parkway
Dublin, GA 31021-3062

Diane Hannah
43 Oartridge Court
Monticello, GA 31064-8715

One Georgia Authority
c/o Tiffany Y. Lucas
40 Capitol Square, SW
Atlanta, GA 30334-9057

Dominick P. Stella
1041 Green Street
Conyers, GA 30012-5450

Stone Appraisal Services, Inc.
c/o William P. Stone, III, Registered Agent
112 Bold Spring Avenue
Monroe, GA  30655

Donnie S. Shelton
662 South Cherokee Road
Social Circle, GA 30025-4630

Patricia Malcom
Walton County Tax Commissioner
303 South Hammond Drive
Suite 100
Walton County Gov. Bldg.
Monroe, GA 30655-2907

Dorothy I Floyd
1302 Tree mountain Pkwy
Stone Mountain, GA 30083-6708

Ken W. Little
Chairman Walton County Board of Commissioners
303 South Hammond Drive
Suite 330
Monroe, GA 30655

Elizabeth M. Butler
1431 N. Cherokee Road
Social Circle, GA 30025-4013

Leta Talbird
Walton County Clerk
303 South Hammond Drive
Walton County Gov. Bldg.
Monroe, GA 30655

Elton Wright
735 River Cove Road
Social Circle, GA 30025-4806

Winking Willow, Inc.
c/o Kris Bray, Registered Agent
120 Fairplay Street
Rutledge, GA 30663

Finch Electric, Inc.
c/o Beverly Elaine Finch, Registered Agent
2551 Bradley Gin Road
Monroe, GA  30656

Internal Revenue Service
Insolvency Division
PO Box 21125
Philadelphia, PA  19114-0325

Flower Mill Greenhouse & Nursery
c/o Crenan Mills, Owner
662 Wildwood Drive
Social Circle, GA 30025-292

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Funseeker's Network, Inc.
c/o Patricia Ann Ainsworth, Registered Agent
333 Trotters Ridge
Lawrenceville, GA  30043

Internal Revenue Service
Post Office Box 51126
Philadelphia, PA 19114

Georgia Municipal Association
c/o Jim Higdon, Registered Agent
201 Pryor Street
Atlanta, GA  30303

Internal Revenue Service
Insolvency Unit
401 West Peachtree Street
Stop 335-D
Atlanta, GA 30308-3539

United States Attorney General
Main Justice Building
10th and Constitution Avenue
Washington, D.C. 20530

U.S. Attorney
Middle District of Georgia
Civil Division, Attn: Civil Clerk
Gateway Plaza
300 Mulberry Street
4th Floor
Macon , GA 31201

The Handkerchief House
c/o Thompson of Hundson Ohio, Inc.
c/o Helen Thompson, Registerd Agent
Post Office Box 268
Hudson, OH 44236

Thompson of Hundson Ohio, Inc.
c/o Helen Thompson, Registerd Agent
Post Office Box 268
Hudson, OH 44236

AMIA
Blair Cedar and Novelty Works, Inc.
c/o John Blair, Registered Agent
680 West Hiwghway 54
Camdenton, MO 65020

Adstick Custom Labels
c/o Print Technology Corporation
c/o John J. Kiernan, Registered Agent
9910 West 82nd Avenue
Arvada, CO 80005

American Honda Finance Corporation
c/o CT Corporation System, Registered Agent
350 North Saint Paul Street
Suite 2900
Dallas, TX 75201

Gracie Mathis
PO Box 385
Social Circle, GA 30025-0385

Hall's Fresh Produce, Inc.
c/o David S. Kelley, Registered Agent
2109 Davis Street
Covington, GA 30014

Heritage Service Group
c/o A. Dale Bloom, Registered Agent
1000 Standard Federal Plaza
200 East Main Street
Fort Wayne, IN 46802

Ida L. Norrington
PO Box 2632
Covington, GA 30015-7632

James E. Harp
270 Pitts Chapel Road
Newborn, GA 30056-1900

James W. Hix
1838 Willow Springs
Church Road
Social Circle, GA 30025-4620

Jason S. Bigham
409 Knight Street
Monroe, GA 30655-2750

Jennifer H. Wright
2452 Hancock Road
Social Circle, GA 30025-4629

American United Life Insurance
c/o Thomas M. Zurek, Registered Agent
One American Square
Suite 1201C
Indianapolis, IN 46206

Jessica Hillsman
420 W. Hightower Tr
Suite 114
Social Circle, GA 30025-2723

Amscan, Inc.
c/o James M. Harrison, Registered Agent
80 Grasslands Road
Emlsford, NY  10523

Joanna Lewis
543 Indian Creek Tr
Rutledge, GA 30663-2708

Baccus Termite & Pest Control, Inc.
c/o David Butler, Registered Agent
500 Great Oaks Drive
Suite 2
Monroe, GA 30655

Jonathan C. Brown
472 Bear Cub Path
Social Circle, GA 30025-3057

Barbour Publishing, Inc.
c/o Timothy Martins, Registered Agent
1810 Barbour Drive
Uhrichsville, OH  44683

Jordan M. Lightfoot
PO Box 385
Social Circle, GA 30025-0385

Betty Benedict Lyon
266 S. Cherokee Road
Social Circle, GA 30025-2835

Kathy Guiney
1960 Gasslent Road
Newborn, GA 30056

California Pacific Press
c/o Corporate Officer
1899 N. Helm Avenue
Fresno, CA 93727-1612

Kayla J. Keeffee
3020 Etchison Road
Loganville, GA 30052-3804

Camille Beckman Corporation
c/o Foad Roghani, Registered Agent
2273 Ribier Drive
Meridian, ID 83646

Kelly E. Griffin
2551 Bradley Gin Road
Monroe, GA 30656-3797

Class Act, Inc.
c/o Judy Boehm, Registered Agent
1521 Eryn Cricle
Suwanee, GA  3002

Kendra P. Duncan
342 Jones Drive
Social Circle, GA 30025-3044

Cottage Garden, Inc.
c/o Mark A. Timm, Registered Agent
7796 N Cr 100 E
Bainbridge, IN 46105

Kent Duncan
2000 Jersey Road
Monroe, GA 30655

DD Traders, dba DEMDACO
c/o David F. Kiersznowski, Registered Agent
500 West 134th Street
Leawood, KS  66209

Kim D. Turner
6080 Centerhill Church Road
Loganville, GA 30052-3035

| | |
|---|---|
| Design Design, Inc.<br>c/o Donald Joseph Kallil, Registered Agent<br>19 La Grave Avenue<br>Grand Rapids, MI 49503 | Kristy I. Johnson<br>128 Victory Drive<br>Monroe, GA 30655-2822 |
| Dot Gibson Publications, Inc.<br>c/o Dorothy Gibson, Registered Agent<br>383 Bonneyman Road<br>Blackshear, GA 31516 | LaToya M. Anderson<br>25 Fiddle Creek<br>Social Circle, GA 30025-5328 |
| Evergreen Enterprises, Inc.<br>c/o Stella Pogue, CEO<br>5891 Highway 49 South<br>Suite 60140<br>Hattiesburg, MS 39402 | Laurie Mote<br>PO Box 86<br>Social Circle, GA 30025-0086 |
| Extra Point Publisher<br>Daily Devotions Die-Hard Fans<br>c/o Ed McMinn or Corporate Officer<br>PO Box 871<br>Perry, GA 31069 | Leandra D. Gaither<br>150 Hunter's Keep<br>Covington, GA 30014-8435 |
| GE Money Bank<br>c/o Mark Beqor, CEO<br>901 Main Avenue<br>Norwalk, CT 0685 | Malinda J. McGuire<br>422 Hickory Drive<br>Social Circle, GA 30025-2918 |
| Georgia Department of Revenue<br>Bankruptcy Section<br>P.O. Box 161108<br>Atlanta, GA 30321-1108 | Mark A. Sommers<br>630 Plaza Trace<br>Monroe, GA 30655-1784 |
| Georgia Department of Revenue<br>Taxpayer Services Division<br>Post Office Box 105499<br>Atlanta, GA 30348-5499 | Marquice D. Wolfork<br>2641 Rockpoint Lane<br>Snellville, GA 30039-8092 |
| Georgia Department of Revenue<br>c/o Oscar B. Fears, III, Esq.<br>Georgia Department of Law<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 | Marquis A. Williams<br>1280 Wildwood Drive<br>Social Circle, GA 30025-4339 |
| State of Georgia Revenue Commissioner<br>410 Trinity-Washington Building<br>Atlanta, GA 30334 | Mary C. Burnette<br>586 W. Hightower Tr<br>Social Circle, GA 30025-3918 |

Georgia Department of Revenue
Bankruptcy Insolvency Unit
P.O. Box 3889
Atlanta, GA 30321-1108

Mary E. Smith
180 Oak Drive
PO Box 88
Social Circle, GA 30025-0088

The Hon. Sam Olens
Attorney General of Georgia
40 Capitol Square
Atlanta, GA 30334

Matthew J. Whitney
378 N. Cherokee Road
Social Circle, GA 30025-2851

Gift Box Corporation of America
c/o United States Corporation Company,
Registered Agent
2711 Centerville Road
Suite 400
Wilmington, DE 19808

Maycio M. Vining
325 Conner Court
Social Circle, GA 30025-2751

Harvest House Publishers
c/o Leonard D. Duboff, Registered Agent
6665 SW Hampton Street
Suite 200
Portland, OR 97223

Mellisa G. Reid
103 Atha Street
Monroe, GA 30655-2801

Heartfelt, Inc.
c/o Claud D. Carter, Registered Agent
10 South Jefferson Street
Suite 1400
Roanoke, VA 24038

Muzak, LLC
c/o Corporation Service Company,
Registered Agent
1703 Laurel Street
Columbia, SC 29201

Hoffman Media, LLC
c/o Phyllis Hoffman, Registered Agent
1900 International Park Drive
Suite 50
Birmingham, AL 35243

Muzak, LLC
c/o Corporation Service Company,
Registered Agent
327 Hillsborough Street
Raleigh, NC 27601

International Culinary Designs
c/o William B. Wurfbain, Owner
298 Main Street
Suite 11
Hyannis, MA 02601

Office Depot
c/o Corporate Creations Network, Inc.,
Registered Agent
1922 Ingersoll Avenue
Des Moines, IA 50309

Jessica Simons
20 Overlook Drive
Covington, GA 30016-8809

PFG Milton's, Inc.
c/o National Registered Agents, Inc.,
Registered Agent
3675 Crestwood Parkway
Suite 350
Duluth, GA 30096

Joan L. Dumford
1845 Old Monroe Madison Hwy
Monroe, GA 30655-7656

Performance Food Group
c/o National Registered Agents, Inc.,
Registered Agent
3761 Venture Drive
Suite 260
Duluth, GA  30096

Jumping Banana, LLC
c/o Abolghassem M. Mafi
3150 West Prospect Street
Suite 350
Ft. Lauderdale, FL 33309

Phoenix Wholesale Food Service
c/o David Collins, III, President
16 Forest Parkway
Building J
Forest Park, GA  30297

Kelli's Gift Shop Suppliers
c/o Michael Cohen, Registered Agent
2125 Chenault Drive
Carrollton, TX  75006-5097

Pitney Bowes, Inc.
c/o CT Corporation System
306 West Main Street
Suite 512
Frankfort, KY  40601

Leanin Tree, Inc.
c/o Timothy E. Trumble, Registered Agent
6055 Longbow Drive
Boulder, CO  80301

Ralph B. Hooper
1023 McDaniel Street
Monroe, GA 30655-2068

Legacy Press
c/o Daniel Miley, CEO
Legacy Press
PO Box 26119
San Diego, CA  92196

Rebecca J. Hillsman
420 W. Hightower Tr
Social Circle, GA 30025-2721

Mera Vic
1780 S. Buckner-Tarsney Road
Grain Valley, MO 64029-8357

Rhonda K. Turner
6080 Centerhill Church Road
Loganville, GA 30052-3035

Perseus Distribution, Inc.
c/o CT Corporation System, Registered Agent
818 West 7th Street
Los Angeles, CA 90017

Robert F. Russell
918 Paige Court
Social Circle, GA 30025-4338

Perseus Distribution, Inc.
c/o CT Corporation System, Registered Agent
800 South Gay Street
Suite 2021
Knoxville, TN  37929

Rodney J. Pitts
PO Box 511
Social Circle, GA 30025-0511

Popular
c/o Corporate Officer
661 Hadley Road
Post Office Box 836
South Plainfield, NJ 07080-0836

Sadie L. Hardge
2070 Lemonds Road, SE
Social Circle, GA 30025-3116

RAZ Imports, Inc.  
c/o Bruce E. Turner, Registered Agent  
3303 Lee Parkway  
Dallas, TX  75219

Sarah E. Kinney  
6355 Highway 20  
Loganville, GA 30052-4626

Right Thought Pens, Inc.  
c/o Laurence M. Papel, Registered Agent  
211 Commerce  
Suite 1000  
Nashville, TN  37201

Sarah G. Mooney  
866 Boogers Hill Road  
Oxford, GA 30054-3713

SEGA Printing Services  
c/o Corporate Officer  
610 Canal Road  
Brunswick, GA 31525-6704

Sarah L. McGahee  
626 Beech Avenue  
Social Circle, GA 30025-2705

Sandra Vaughn  
55 Quail Valley Rd.  
Social Circle, GA 30025-5313

SimplexGrinnell  
c/o CT Corporation System, Registered Agent  
155 Federal Street  
Suite 700  
Boston, MA  02110

Sarah E. Sieweke  
60 Anna Drive  
Covington, GA 30014-8926

Sonya K. Gibbs  
145 Paine Crossing Road  
Social Circle, GA 30025

Farm & Home Supply, Inc.  
Social Circle Ace Home Center  
c/o Joel Lamar Clegg, Registed Agent  
PO Box C  
Social Circle, GA  30025

Sysco Atlanta, LLC  
c/o Darryl S. Laddin  
Arnall Golden Gregory LLP  
171 17th Street, NW  
Suite 2100  
Atlanta, GA 30363-1031

Solid Rock Jewelry, Inc.  
c/o Scott Alan Hahn  
2924 Forest Down  
Fitchburg, WI 53711

Sysco Atlanta, LLC  
c/o Capitol Corporate Services, Inc., Registered Agent  
3675 Crestwood Parkway  
Suite 350  
Duluth, GA  30096

Stephan Enterprises, Inc.  
c/o Scott Campbell, Registered Agent  
3 Pequingnot Drive  
Pierceton, IN 46562

TaSonya A. Neihaus  
1448 Crooked Creek Connection  
Young Harris, GA 30582-2206

The Manual Woodworkers & Weavers, Inc.  
c/o Carroll Lemuel Oates, Registered Agent  
3737 Howard Gap Road  
Hendersonville, NC  28792

Terrance T. McGuire  
167 Marco Drive  
Social Circle, GA 30025-4324

Thomas Ministry Development, a Division of Thomas Nelson, Inc.
c/o Stuart Bitting, Registered Agent
501 Nelson Place
Nashville, TN  37214

Thomas Nelson Publishers, aka Thomas Nelson, Inc.
c/o Stuart Bitting, Registered Agent
501 Nelson Place
Nashville, TN  37214

Toland Home Garden
c/o Corporate Officer
273 North Otto Street
Port Townsend, WA  98368

Toland Home Garden
c/o Stanley E. Toland, Registered Agent
717 North Fisher Street
Kennewick, WA 99336

Toland Home Garden
c/o Nancy Brown Toland, Registered Agent
6706 28th Avenue NW
Seattle, WA  98117

Two's Company, Inc.
c/o Bob and Bobbie Gottlieb, Owners
500 Saw Mill River Road
Elmsford, NY  10523

UCO
c/o Corporate Officer
1508 Jellick Avenue
Suite E
Rowland Heights, CA 91748-2057

Smith Mountain Industries dba Virginia Candle Company
c/o W. Wilhem Rabke, Registred Agent
200 South 10th Street
Suite 1600
Richmond, BA  23218

The Walton Tribune
c/o Corporate Officer
PO Box 808
Monroe, GA  30655

Tommy A. Ruff
506 Ronthor Road
Social Circle, GA 30025-6905

Toyota Motor Credit dba Toyota Financial Service
c/o The Corporation Trust Incorporated, Registered Agent
3521 West Camden Street
Baltimore, MD  21201

Simplex Grinnell
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Tytus R. Baynes
120 Marco Estates
Social Circle, GA 30025-4323

US Foodservice
c/o CT Corporation, Registered Agent
1201 Peachtree Street
Atlanta, GA  30361

WESH-FM Radio (7190)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WESH-FM Radio (7190)
c/o Corporate Officer
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

Wellspring  
c/o Corporate Officer  
747 Flory Mill Road  
Lancaster, PA 17601-2733  

WFSH FM 104.7  
c/o National Registered Agents,  
Registered Agent  
3761 Venture Drive  
Duluth, GA 30096  

Lynn M. Hada Way  
2401 Bethany Church Road  
Monroe, GA 30655-5013  

WFSH FM 104.7  
Salem Media of GA  
c/o of Corporate Officer  
2970 Peachtree Road, NW  
Suite 700  
Atlanta, GA 30305-4919  

American Honda Finance Corporation  
c/o CT Corporation System, Registered Agent  
1201 Peachtree Street  
Atlanta, GA 30361  

William P. Bowen  
840 Tower Road  
Social Circle, GA 30025-2823  

Lady Jayne Enterprises, Inc.  
c/o Gregory Morse, Registered Agent  
10833 Valley View Street  
Suite 420  
Cypress, CA 90610  

Yvette S. McGuire  
PO Box 921  
Social Circle, GA 30025-0921  

Midwest-CBK, Inc.  
c/o CT Corporation System, Registered Agent  
208 South LaSalle Street  
Suite 814  
Chicago, IL 60604  

AFB&T Synovus  
c/o Corporation Service Company,  
Registered Agent  
40 Technology Parkway South  
Suite 300  
Norcross, GA 30092  

Chaple & Ward, Inc.  
c/o Abra Ward, Registered Agent  
1949 Lou Drive  
Conyers, GA 30207  

Bank of America  
c/o The Corporation Trust Company,  
Registered Agent  
Corporation Trust Center  
1209 Orange Street  
Wilmington, DE 19801  

U.S. Foodservice, Inc. (Delaware)  
c/o The Corporation Trust Company,  
Registered Agent  
Corporation Trust Center  
1209 Orange Street  
Wilmington, DE 19801  

Capital One  
Post Office Box 30287  
Salt Lake City, UT 84130-0287  

U.S. Foodservice, Inc. (Delaware)  
c/o Corporation Service Company,  
Registered Agent  
2711 Centerville Road  
Suite 400  
Wilmington, DE 19808  

Capital One Bank (USA), N.A.  
by American Infosource LP As Agent  
PO Box 71083  
Charlotte, NC 28272-1083

AdvanceMe, Inc.  
c/o Corporate Officer  
2015 Vaughn Road  
Building 500  
Kennesaw, GA 30144-7831

Capital One Bank (USA), N.A.  
c/o Richard D. Firbank, CEO  
1680 Capital One Drive  
McLean, VA 22102-3491

Alicia D. Buckmaster  
270 Pitts Chapel Road  
Newborn, GA 30056-1900  
Kennesaw, GA 30144-7831

Chase  
Post Office Box 36520  
Louisville, KY 40233-6520

Allen-Smith Consulting, Inc.  
c/o Debra B. Smith, Registered Agent  
405 Nunnally Farm Road  
Monroe, GA 30655

Chase Bank USA, N.A.  
c/o The Corporation Trust Company,  
Registered Agent  
Corporation Trust Center  
1209 Orange Street  
Wilmington, DE 19801

Antansio K. Ross  
PO Box 268  
Social Circle, GA 30025-0268

The Hon. James V. Burgess, Jr.  
Social Circle Mayor  
Social Circle City Hall  
PO Box 310  
166 North Cherokee Road  
Social Circle, GA 30025

Anthony D. Hunter  
4176 Walnut Street  
Covington, GA 30014-2724

Everhome Mortgage  
c/o CT Corporation System, Registered  
Agent  
1200 South Pine Island Road  
Plantation, FL 33324

Atlantic Pit Service, Inc.  
c/o Kendall L. Todd, Jr., Registered Agent  
185 Industrial Park Circle  
Lawrenceville, GA 30045

Fia Card Services, NA  
c/o Corporate Officer  
1100 North King Street  
Wilmington, DE 19884

Ballard Spahr, LLP  
c/o Sumner Rosenberg, Registered Agent  
999 Peachtree Street  
Suite 1000  
Atlanta, GA 30309

Michael J. Moore  
US Attorney  
Middle District of Georgia  
Gateway Plaza  
300 Mulberry Street  
4th Floor  
Macon, GA 31201

Beverly E. Finch  
2251 Bradley Gin Road  
Monroe, GA 30656

Sunbelt Builders  
c/o Rebecca C. Wilson, Registered  
Agent  
10641 Highway 36  
Covington, GA 30014

Beverly M. Johnson  
348 Walnut Drive  
Social Circle, GA 30025-3046

Sunbelt Builders, Inc.  
c/o R. Phillip Shinall, III  
1116 Clark Street  
Covington, GA 30014-2320

Bostwick Broadcasting, Inc.  
c/o Bennier R. Anderson, Sr., Registered Agent  
1081 North Cherokee Road  
Social Circle, GA  30025

Brandon H. Griffin  
2551 Bradley Gin Road  
Monroe, GA 30656-3797

H. Tucker Dewey, Esq.  
6000 Poplar Avenue  
Suite 250  
Memphis, TN  38119

Toyota Motor Credit Corporation  
c/o CT Corporation System, Registered Agent  
500 East Court Avenue  
Des Moines, IA  50309

A. Christian Wilson  
Simpson Law Offices, LLP  
One Securities Centre  
Suite 300  
3490 Piedmont Road, NE  
Atlanta, GA  30305